UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUTH ANN COX,

    Plaintiff,

v.                                       Case No. 3:06-cv-684-J-32HTS

SUMMIT SERVICES, etc.,

    Defendant.

**REPORT AND RECOMMENDATION**[1]

On August 1, 2006, Plaintiff filed her complaint (Doc. #1) in the form of an unsigned letter directed to the Equal Employment Opportunity Commission.  On August 3, 2006, the Court entered an Order (Doc. #4; Order) giving Plaintiff eleven days to file an amended complaint "contain[ing] facts and allegations that adhere to the requirements of Rules 8 and 10, Federal Rules of Civil Procedure[,]" Order at 1, and the application to proceed *in forma pauperis* contained in her Affidavit of Indigency (Doc. #2) was taken under advisement pending receipt thereof. Order at 1-2.  Ms. Cox was cautioned that failure to file an amended complaint might

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

"result in a recommendation this case be dismissed." *Id.* at 2. Plaintiff failed to amend her complaint within the eleven day period, and on August 17, 2006, the Court entered an Order (Doc. #6; Order to Show Cause) directing her to "show cause within eleven (11) days . . . why it should not be recommended this case be dismissed for failure to prosecute." Order to Show Cause at 1 (capitalization and emphasis omitted). As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

## **RECOMMENDATION**

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**ENTERED** at Jacksonville, Florida, this 11th day of September, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

All counsel of record
    and pro se parties, if any

- 2 -